IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRESENIUS MEDICAL CARE
HOLDINGS, INC., et al.,

       Plaintiffs,

vs.                               CASE NO: 4:03cv411-SPM/AK

JOHN O. AGWUNOBI, M.D., M.B.A.,
in his official capacity as Secretary of
the Florida Department of Health; et al.,

       Defendants.
_____/

**ORDER GRANTING AND PART AND DENYING IN
PART MOTION FOR EXTENSION OF TIME**

       Upon consideration of Defendants' Motion for Extension of Time to Respond to Complaint and Request for Different Scheduling Order (doc. 56) and Plaintiffs' response (doc. 57), it is

       ORDERED AND ADJUDGED:

       1.     The motion is granted to the extent that Defendants are granted an extension of time, up to and including August 28, 2006, to file a response to the complaint.

       2.     The motion is further granted to the extent that the parties shall have up to and including August 28, 2006 to file their Rule 26 meeting report.

3. In all other respects, the motion is denied.

DONE AND ORDERED this 17th day of August, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge