IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRESENIUS MEDICAL CARE
HOLDINGS, INC., et al.,

       Plaintiffs,

vs.                            CASE NO: 4:03cv411-SPM/AK

M. RONY FRANCOIS, M.D., M.P.H.S. Ph.D.,
in his official capacity as Secretary of
the Florida Department of Health; et al.,

       Defendants.

_____/

### ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

      This cause comes before the Court on Plaintiffs' Agreed Amendment to Complaint to Name the New Secretary of Health as a Party Defendant and to Add Members of the Board of Medicine and Board of Osteopathic Medicine as Defendants (doc. 63).  Although substitution of the new Secretary can automatically be made in accordance with Federal Rule of Civil Procedure 25(d), leave of court is required for amendment of the complaint to add additional defendants.  Furthermore, the amended complaint should be filed with all amendments incorporated therein as required under Northern District of Florida Local Rule 15.1.  Any allegations not set forth in the amended complaint will be

"deemed to have been abandoned."  N.D. Fla. Loc. R. 15.1.

Based on the foregoing, it is

ORDERED AND ADJUDGED:

1.      Plaintiffs' agreed amendment (doc. 63) is construed as a motion for leave to file amended complaint.

2.      The motion (doc. 63) is granted.  Plaintiffs shall have up to and including October 2, 2006 to file the amended complaint.

3.      The clerk shall amend the docket to reflect the substitution of M. RONY FRANCOIS, M.D., M.P.H.S., Ph.D. in place of JOHN O. AGWUNOBI, M.D., M.B.A. as Secretary of the Florida Department of Health.

DONE AND ORDERED this 25th day of September, 2006.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge