IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRESENIUS MEDICAL CARE
HOLDINGS, INC., et al.,
    Plaintiffs,

vs.                                      CASE NO: 4:03cv411-SPM/AK

M. RONY FRANCOIS, M.D., M.P.H.S. Ph.D.,
in his official capacity as Secretary of
the Florida Department of Health; et al.,
    Defendants.
_____/

## ORDER REMOVING CASE FROM TRIAL CALENDAR

Upon consideration of the parties' Joint Motion for Clarification and Motion to Remove Case from Trial Calendar (doc. 107), it is

ORDERED AND ADJUDGED:

1.    The motion (doc. 107) is granted.

2.    This case is removed from the August 13, 2007, trial calendar. In the event this case is not resolved on the parties' cross motions for summary judgment, trial will be reset by separate order.

DONE AND ORDERED this 26th day of June, 2007.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge